■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS PEREZ, Appellant.—Appeals by the defendant from three judgments of the Supreme Court, Queens County (Hanophy, J.), all rendered April 10, 1991.

Ordered that the appeals are dismissed *(see, People v Sea-*

*berg,* 74 NY2d 1). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.